UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMET BIDERATAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RICHARD PENNINGTON, ) <br> ) <br> Defendant. ) <br> ) | Case No. C08-1853-RAJ-BAT <br><br> **ORDER OF DISMISSAL** |

The Court, having reviewed plaintiff's Complaint in this 42 U.S.C. § 1983 civil rights action, together with all material in support of those documents, defendant's Motion For Summary Judgment, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, the governing law, and the balance of the record, does hereby ORDER:

1) The Court adopts the Report and Recommendation (Dkt. # 20);

2) Defendant's Motion for Summary Judgment (Dkt. # 19) is GRANTED and plaintiff's claims against all defendants are DISMISSED with prejudice.

//

//

//

//

ORDER OF DISMISSAL -1

3) The Clerk of Court is directed to send copies of this Order to the parties and to Magistrate Judge Brian A. Tsuchida.

DATED this 5th day of January, 2010.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL -2